

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00402-CV

Jose Mario **BALLESTEROS**,
Appellant

v.

Sonia Rocio **BARRIENTOS**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021FLA001101D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: January 25, 2023

DISMISSED FOR WANT OF PROSECUTION

The docketing statement and a filing fee of $205.00 were due when appellant filed his notice of appeal. *See* TEX. R. APP. P. 32.1 (providing an appellant in a civil case must file a docketing statement promptly upon filing the notice of appeal); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On December 16, 2022, we issued an order notifying appellant that the filing fee had not been paid and the docketing statement had not been filed. We ordered appellant

to pay the filing fee and file the docketing statement on or before December 29, 2022. Our order advised appellant that this appeal would be dismissed if the filing fee was not paid and the docketing statement was not filed.

To date, the filing fee has not been paid and the docketing statement has not been filed. We therefore dismiss this appeal. *See* TEX. R. APP. P. 42.3(c) (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order); *In re E.J.V.*, No. 04-18-00035-CV, 2018 WL 151173, at *1 (Tex. App.—San Antonio Mar. 28, 2018, no pet.) (mem. op.) (dismissing appeal, in part, for failure to comply with order requiring the filing of the docketing statement).

PER CURIAM